▋ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE RUFFIN, Appellant. [704 NYS2d 481] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered April 6, 1998, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Tomlinson,* 199 AD2d 352). The evidence allowed a rational trier of fact to conclude that the defendant acted in concert with the accomplice (*see, People v Rossey,* 89 NY2d 970). Moreover, upon the exercise of our factual

review power, we are satisfied that the verdict was not contrary to the weight of the evidence (*see,* CPL 470.15 [5]). O'Brien, J. P., Friedmann, Florio and Schmidt, JJ., concur.